94-2697. State ex rel. Triplett v. Gillie. On complaint in quo warranto, procedendo and other matters relating to the practice of law. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.